FILED
JAN 18 2019
Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 19- 09 -BLG-TJC |
|---|---|
| A SPA, 224 GRAND AVENUE, BILLINGS, MONTANA 59102 (LOT 33-34, BLOCK 21, WEST SIDE SUBDIVISION SUBDIVISION, YELLOWSTONE COUNTY). | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 18 day of January, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge

1